JOHN T. GEDNEY and Others, Respondents, Appellants, v. MARLTON REALTY COMPANY, Appellant, Respondent. (Action No. 2.) *— Judgment affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

THE HENRY WILLIAM COMPANY OF THE CITY OF NEW YORK, INC., Appellant, v. UNITED CIGAR STORES COMPANY OF AMERICA and Others, Defendants, Impleaded with RAMCADIS REALTY CORPORATION, Respondent.— Order modified by striking out the third affirmative defense in the answer of defendant Ramcadis Realty Corporation, and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Glennon, JJ.

GINO ETRI, an Infant, etc., by ANGELO ETRI, His Guardian ad Litem, and ANGELO ETRI, Respondents, Appellants, v. CHILDREN'S AID SOCIETY, Appellant, Respondent.— Order so far as appealed from affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Glennon, JJ.

JOHN FRANCIS STRAUSS and CLAUDE S. HEDGES, Copartners, etc., Appellants, v. BASSERS TEXTILE CLEARING HOUSE, INC., Respondent.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Glennon, JJ.

THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Respondent, v. LOUIS SHER, Doing Business, etc., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Martin, Merrell, O'Malley and Glennon, JJ.

ANGELO CARUSO, Appellant, v. SAMUEL C. LAMPORT and Others, Respondents, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Glennon, JJ.

SARA GREENBAUM, Respondent, v. ISIDORE GREENBAUM, Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Glennon, JJ. [147 Misc. 411.]

EMILY R. CADWALADER, Appellant, Respondent, v. HERBERT NOBLE, Respondent, Appellant, Impleaded with Others.— Order so far as appealed from affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Glennon, JJ.

ROSA COUSINS and STANLEY COUSINS, Appellants, v. CAPITOL COAL CORPORATION and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Glennon, JJ.; Finch, P. J., dissents and votes to reverse as to the defendant-owner " Charles " McAfee and grant a new trial, upon the showing by plaintiffs that the chain was not sufficiently long to reach any fastenings. The said defendant-owner was required to go forward and show the coal cover was inherently safe.

CATHERINE LOESELL, Respondent, v. THE CITY OF NEW YORK, Appellant, Impleaded with Another.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict is against the weight of the evidence. Present — Finch, P. J., Merrell, Martin, O'Malley and Glennon, JJ.; O'Malley and Glennon, JJ., dissent and vote for affirmance.